**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Maritza Belinda Gallo Perez,<br>Petitioner,<br>v.<br>Unknown Party,<br>Respondent. | No. CV-26-07595-PHX-SHD<br>**ORDER** |

On October 16, 2026, Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention and seeking immediate release, (Doc. 1). The Court ordered Respondent to respond to the Petition. (Doc. 4.) Respondent's response stated, "Respondents do not oppose a bond hearing in this matter however Respondents' non-opposition is not meant to concede that Petitioner is not subject to mandatory detention under Section 1226(c)." (Doc. 7.) Petitioner's Reply restates her request for release. (Doc. 8.) On November 16, 2026, Petitioner filed an Emergency Motion for Temporary Restraining Order, ("TRO"), Preliminary Injunction, and Administrative Stay, (Doc. 9). General Order 26-09 requires Respondent to "provide at least two business days' notice to Petitioner, Petitioner's counsel (if Petitioner has counsel), and the Court of its intent to remove Petitioner from the United States." (Doc. 4.) Thus, Petitioner's motion for TRO is unnecessary, and will therefore be denied. The Court accepts Respondent's concession in its Response as non-opposition to granting Petitioner's habeas corpus Petition, to the extent that Respondent is ordered to provide Petitioner with a bond hearing. At the bond

hearing, Petitioner bears the burden of proving that she is not a danger or flight risk by clear and convincing evidence.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is granted as to providing Petitioner with a bond hearing. Any remainder of the Petition is denied.

**IT IS FURTHER ORDERED** that a bond hearing shall be held within **seven calendar days** of this Order, unless Petitioner requests a continuance of the bond hearing, in which case Respondent may seek an extension of time to comply with the Court's Order. Petitioner – including any counsel – must be given at least two days' notice of the bond hearing. In the alternative, the Government shall immediately release Petitioner under appropriate conditions of release.

**IT IS FURTHER ORDERED** that Petitioner's Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Administrative Stay, (Doc. 9), is denied.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to enter judgment in Petitioner's favor and terminate this action.

Dated this 20th day of November, 2026.

Honorable Sharad H. Desai
United States District Judge